IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 8:25-PO-31 (DJS) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **KARTIK LNU,** | ) | Violation: 8 U.S.C. § 1325 |
| | ) | [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense: Clinton |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about November 22, 2024, in Clinton County in the Northern District of New York, the defendant, **KARTIK LNU** an alien, who is a native and citizen of India, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: May 13, 2025

John A. Sarcone III
United States Attorney

By:   */s/ Leilani Dominicci-Vazquez*
Leilani Dominicci-Vazquez
Assistant United States Attorney
Bar Roll No. 705803